# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE ANDERSON,
Appellant,
vs.
CONNIE S. BISBEE,
Respondent.

No. 72145

FILED

FEB 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Our review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, none of the documents, including the notice of appeal, identifies any appealable order. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Jim C. Shirley, District Judge
Jesse Anderson
Attorney General/Carson City
Attorney General/Dep't of Public Safety/Carson City
Pershing County Clerk

17-05770